Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: 310/208-2800
Facsimile: 310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE FINGER, | Case No. 2:21-cv-09799-ODW-KS |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| DISCOVERY, INC., ROBERT R. BECK, ROBERT L. JOHNSON, J. DAVID WARGO, ROBERT J. MIRON, STEVEN A. MIRON, SUSAN M. SWAIN, PAUL A. GOULD, KENNETH W. LOWE, DANIEL E. SANCHEZ, ROBERT R. BENNETT, JOHN C. MALONE, and DAVID M. ZASLAV, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Katherine Finger ("Plaintiff") voluntarily dismisses the claims

in the above-captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by the defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: March 24, 2022

**WEISSLAW LLP**
Joel E. Elkins

By: */s/ Joel E. Elkins*

Joel E. Elkins
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: 310/208-2800
Facsimile: 310/209-2348

*Attorneys for Plaintiff*